IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARK A. COWART, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:10-cv-1800-G-BN |
| | § | |
| OFFICER ERWIN, ET AL., | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Defendants have filed a motion for summary judgment in this civil rights action brought pursuant to 42 U.S.C. § 1983. *See* Dkt. No. 86. Defendants allege that they are entitled to summary judgment because (1) Plaintiff failed to exhaust state remedies as required by the Prison Litigation Reform Act; (2) the statute of limitations has run on claims against Defendants Garrett, Weeks, and Holt; (3) the summary judgment evidence establishes that Defendants did not violate the Eighth Amendment by using excessive force; and (4) Defendants are entitled to qualified immunity.

Plaintiff shall file a response to Defendants' Motion for Summary Judgment [Dkt. No. 86] by **March 27, 2013**. The response must be accompanied by or incorporate a brief, and the response and the brief shall not together exceed 30 pages in length, excluding any table of contents and table of authorities. *See* N.D. TEX. L. CIV. R. 56.5(b) (as modified). Any affidavits, depositions, written discovery materials, or other summary judgment evidence must be included in a separate appendix. Plaintiff must bracket in the margin of each document in the appendix the portions of the document

upon which Plaintiff relies, and, when citing materials in the record, Plaintiff must support each assertion by citing each relevant page of his own or another party's appendix.. The appendix shall be numbered sequentially from the first page through the last and include an index of all documents contained therein. An envelope that contains a non-documentary or oversized exhibit must be numbered as if it were a single page. *See* N.D. TEX. L. CIV. R. 56.6(b). Additionally, except to the extent any requirement is modified herein, the response and brief must comply with the requirements of Local Civil Rules 56.4(a)-(c), 56.5(a), 56.5(c), and 56.6(a)-(b).

Any motion for continuance pursuant to Fed. R. Civ. P. 56(d) must be filed separately and may not be included in the response to the motion for summary judgment, brief in support thereof, or any other document.

Defendants may file a reply brief, but no additional evidence, by **April 11, 2013**. The reply shall not exceed 15 pages in length.  *See* N.D. Tex. L. Civ. R. 56.5(b) (as modified).

No supplemental pleadings, briefs, or summary judgment evidence or other documents may be filed in connection with the motion for summary judgment or response thereto without leave of court. *See* N.D. TEX. L. CIV. R. 56.7.

The deadlines set forth in this order will not be modified except upon written motion for good cause shown. Further, the Court strongly discourages any request to extend either of these deadlines through a motion that is filed within three business days of the existing deadline and will grant any such motion only upon a showing in the written motion of extraordinary circumstances.

A copy of all filings in connection with any dispositive motion shall be hand delivered to the district clerk's office, 1100 Commerce Street, 14th Floor, Dallas, Texas, Attn: Vila Fisher, no later than the next business day after the document is filed. If, while the motion is pending, the parties are having serious discussions that might make it unnecessary for the Court to rule on the motion, the parties must immediately advise Vila Fisher in the district clerk's office, at (214) 753-2165, that such discussions are ongoing.

Please note that deadlines in this order are for filing or delivery and are not mailing dates.

SO ORDERED.

DATED: February 26, 2013

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE