UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK A. COWART,            )<br>                              )<br>        Plaintiff,            )<br>                              )<br>VS.                           )<br>                              )<br>FNU ERWIN, ET AL.,            )<br>                              )<br>        Defendants.           ) | CIVIL ACTION NO.<br><br>3:10-CV-1800-G (BN) |

### ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case.  Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made.  The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendations of the United States Magistrate Judge.

Defendants' motion for summary judgment (docket entry 86) is **DENIED**. This case is **RECOMMITTED** to **Magistrate Judge David L. Horan** for pretrial management, including resolution of the factual disputes regarding defendants' PLRA

exhaustion defense, including through an evidentiary hearing if necessary, as required by Fifth Circuit precedent. See *Dillon v. Rogers*, 596 F.3d 260, 273 (5th Cir. 2010).

**SO ORDERED**.

August 2, 2013.

                                                          /s/ A. Joe Fish
                                                      **A. JOE FISH**
                                                      **Senior United States District Judge**