UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK A. COWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:10-CV-1800-G (BN) |
| FNU ERWIN, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The United States Magistrate Judge made findings, conclusions, and recommendations in this case. Plaintiff filed objections, and the district court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objection was made. The objections are overruled, and the court **ACCEPTS** the findings, conclusions and recommendations of the United States Magistrate Judge.

Defendants' motion for summary judgment (docket entry 86) is **DENIED**. This case is **RECOMMITTED** to **Magistrate Judge David L. Horan** for pretrial management, including resolution of the factual disputes regarding defendants' PLRA

exhaustion defense, including through an evidentiary hearing if necessary, as required by Fifth Circuit precedent.  See *Dillon v. Rogers*, 596 F.3d 260, 273 (5th Cir. 2010).

    **SO ORDERED**.

August 2, 2013.

                                                      */s/ A. Joe Fish*
                                                   **A. JOE FISH**
                                                   **Senior United States District Judge**